1  Donald J. Nolan, Esq., IL SB # 2058391
   Floyd A. Wisner, Esq., IL SB # 3048713
2  *NOLAN LAW GROUP*
   20 North Clark Street - 30th Floor
3  Chicago, IL   60602
   Telephone: 312.630.4000
4  Facsimile: 312.630.4011

5  **Attorneys for Plaintiffs, Hendric Leenardo, et al. and Fen-Kiok Man, et al.**

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10  In Re                              )   MDL Docket No. 1394-GAF (RMCx)
                                       )
11  AIR CRASH AT TAIPEI,               )   The Honorable Gary A. Feess
    TAIWAN ON OCTOBER 31, 2000         )
12                                     )   The Honorable Magistrate
    This Document Relates To:          )   Judge Chapman
13  CV-02-00524 GAF (Rcx)              )
    HENDRIC LEENARDO;                  )
14  CV-02-02263 GAF (Rcx)              )   **[PROPOSED] JUDGMENT ORDER**
    FEN-KIOK MAN;                      )
15                                     )   **ORIGINAL**
                                       )
16  _____

17      This cause coming on to be heard on the motion of defendant, Singapore

18  Airlines, Ltd., pursuant to *Federal Rule of Civil Procedure* 12(b)(1), to dismiss for

19  lack of subject matter jurisdiction, the Court being advised in the premises, and for

20  the reasons stated in the Court's order of March 28, 2003, the Court having expressly

21  determined that there is no just reason for delay;

22      IT IS HEREBY ORDERED that defendant Singapore's motion is granted and,

23  pursuant to *Federal Rule of Civil Procedure* 54(b), final judgment is hereby entered

24  in favor of defendant and against these plaintiffs.

25  Dated: 5/22, 2003.

26                                              _____
                                                Gary A. Fees, U.S. District Judge
27  THIS CONSTITUTES NOTICE OF ENTRY
28  AS REQUIRED BY FRCP, RULE 77(d).

---

[PROPOSED] JUDGMENT ORDER

# PROOF OF SERVICE

**I declare that I am over the age of 18 years and not a party to the within action; my business address is 555 Anton Boulevard, Suite 1200, Costa Mesa, California 92626.**

On the date indicated below, I served the foregoing document described as: *[Proposed] Judgment Order* on interested parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

## SEE ATTACHED SERVICE LIST

[x] **(BY MAIL)** By placing each document in a sealed envelope, with postage thereon fully prepaid, in the United States Mail at Costa Mesa, California.

[x] **(By Mail in the Ordinary Course of Business)** I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **\*\*(BY PERSONAL SERVICE)** Delivered such envelopes by hand to the offices of the addressees.

[ ] **(By Overnight Courier)** I caused the above referenced document(s) to be delivered by an overnight courier service to those persons identified on the attached Service List.

[ ] **(By Facsimile Machine)** I caused the above referenced document(s) to be transmitted by facsimile machine to those persons identified on the attached Service List.

**Executed on May 20, 2003, at Costa Mesa, California.**

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Kathy A. Stringer

| | | |
|---|---|---|
| 1 | | **SERVICE LIST** |
| 2 | | |
| 3 | Rod D. Margo, Esq.<br>Stephen R. Ginger, Esq.<br>*CONDON & FORSYTH LLP* | *Attorneys for Singapore Airlines* |
| 4 | 1801 Avenue of the Stars - Suite 1450<br>Los Angeles, CA 90067 | |
| 5 | Tel: (310) 557-2030<br>Fax: (310) 557-1299 | |
| 6 | | |
| 7 | J. Michael Crowe, Esq.<br>*CROWE & ROGAN LLP* | *Attorneys for EVA Airways* |
| 8 | 100 Wilshire Blvd. - Suite 200<br>Santa Monica, CA 90401-1111 | |
| 9 | Tel: (310) 917-4500<br>Fax: (310) 917-5677 | |
| 10 | Katherine L. Hilst, Esq. | *Attorneys for The Boeing Company* |
| 11 | Keith Gerrard, Esq.<br>*PERKINS COIE, LLP* | |
| 12 | 1201 Third Avenue - Suite 4800<br>Seattle, WA 98101-3099 | |
| 13 | Tel: (206) 583-8888<br>Fax: (206) 583.8500 | |
| 14 | Ronald A. McIntire, Esq. | |
| 15 | Chung Han, Esq.<br>*PERKINS COIE, LLP* | |
| 16 | 1620 26th Street - Sixth Floor<br>Santa Monica, CA 90404 | |
| 17 | Tel: (310) 788-9900<br>Fax: (310) 788-3399 | |
| 18 | Alan Collier, Esq. | *Attorneys for Goodrich Corp.* |
| 19 | James W. Hunt, Esq.<br>*MENDES & MOUNT* | |
| 20 | 725 South Figueroa Street - 19th Floor<br>Los Angeles, CA 90017-5419 | |
| 21 | Tel: (213) 955-7700<br>Fax: (213) 955-7725 | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |